IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX PRINCE | : CIVIL ACTION |
| | : |
| v. | : NO. 22-3097 |
| | : |
| TRUMARK FINANCIAL CREDIT UNION | : |
| | : |

## ORDER

AND NOW, this 18th day of October 2022, upon considering Defendant's Motion to dismiss (ECF Doc. No. 12) the first amended Complaint (ECF Doc. No. 10), Plaintiff's Response (ECF Doc. No. 13), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 12) is **GRANTED**:

1. With prejudice as to Plaintiff's federal claims for race discrimination and retaliation as he has now twice failed to plead facts allowing him to proceed into discovery on these claims;

2. Without prejudice as to state law unexhausted claims which he may pursue in state court; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.